AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**EASTERN DIVISION**

| | | |
|---|---|---|
| DORIAN HADDOCK,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | **JUDGMENT IN A CIVIL CASE** |
| | )<br>) | **CASE NO. 4:09-CV-85-D** |
| JACKSONVILLE POLICE<br>DEPARTMENT,<br>    Defendants. | )<br>)<br>)<br>) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court has reviewed the Memorandum & Recommendations and the record. The court is satisfied that there is no clear error on the face of the record. Plaintiff's renewed motion for the appointment of counsel is DENIED, and plaintiff's complaint is DISMISSED as frivolous. The Clerk is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 15, 2010** WITH A COPY TO:

Dorian Haddock (Via USPS to 7041 New Bern Highway, Maysville, NC 28555)
Brian E. Edes  (via CM/ECF Notice of Electronic Filing)


<u>November 15, 2010</u>                          DENNIS P. IAVARONE, Clerk
Date                                                 Eastern District of North Carolina

                                                                /s/ Debby Sawyer
                                                                (By) Deputy Clerk

Raleigh, North Carolina